UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61179-MC-COHN/SELTZER

In Re: Request from Poland Pursuant to the
Treaty Between the United States of America
and the Republic of Poland on Mutual Legal
Assistance in Criminal Matters in the Matter
of Bogdan Dys.
_____/

## ORDER APPOINTING A COMMISSIONER

**THIS CAUSE** is before the Court upon application of the United States, and upon review of the request from Poland seeking evidence under the <u>Treaty between the United States of American and the Republic of Poland on Mutual Legal Assistance in Criminal Matters</u>, signed on July 10, 1996, entered into force September 17, 1999. The Court having fully considered this matter,

**IT IS HEREBY ORDERED**, pursuant to the authority conferred by the Treaty as well as 28 U.S.C. § 1782 and this Court's inherent authority, that Marc S. Anton is appointed as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

1. Take such steps as are necessary, including issuance of commissioner's subpoenas, to collect the evidence requested;

2. Provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given, and no notice to any other party shall be required;

3. Adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which it has been requested, which procedures may

   be specified in the request or provided by or with the approval of the Central Authority under the Treaty;

4. Seek such further orders of this Court as may be necessary to execute this request; and

5. Certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to Poland; and

   **IT IS FURTHER ORDERED** that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, federal law enforcement agents and/or representatives of Poland.

   The Clerk shall **CLOSE THIS CASE**.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of July, 2008.

   _____
   JAMES I. COHN
   United States District Judge

copies to:

Marc S. Anton, AUSA